No. 88–669. HOFLEY MANUFACTURING CO. *v.* WILLIAMS.
Appeal from Sup. Ct. Mich. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question. 

No. 88–877. KARST *v.* WOODS. Appeal from C. A. 9th Cir.
dismissed for want of jurisdiction. Treating the papers whereon
the appeal was taken as a petition for writ of certiorari, certiorari
denied. JUSTICE KENNEDY took no part in the consideration or
decision of this case.

No. 88–895. STANTON *v.* DISTRICT OF COLUMBIA COURT OF
APPEALS. Appeal from Ct. App. D. C. dismissed for want of
jurisdiction. Treating the papers whereon the appeal was taken
as a petition for writ of certiorari, certiorari denied.

No. 88–5392. BULLER *v.* FIRST LEASING CO. Appeal from
Sup. Ct. S. D. dismissed for want of jurisdiction. Treating the
papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied. 

No. 88–5536. BULLER *v.* HURLEY STATE BANK. Appeal from
Cir. Ct. S. D., Turner County, dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.

No. 88–5580. WEHRINGER *v.* NEW HAMPSHIRE. Appeal from
Sup. Ct. N. H. dismissed for want of jurisdiction. Treating the
papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied. 